UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Betty Johnston, Thomas Johnston,
wife and husband,

        Plaintiffs,                          Civil No.06-2912 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 6, 2006

                                                 /Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge